# 14CV8478

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Karen Tyndale
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Fortress Investment Group LLC,
Debra Montero, Doreen Hirz-Fernandez,
Sophia Blaine, Deborah Blaine, Gabriel
Fernandez, Veronica Hughes-Simpson
Management LLC, Constantine DuKolius,
Marc Furstein, Randal Nardone, Peter L.
Briger Jr., Wesley Edens, Michael
Novogratz, Joseph Cleo, John Doe,
Jane Doe, Ahmed Quick, Michele Who,
"John Doe"-LaLisa Nosa-death by infiltration and voltage

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
*(check one)*

RECEIVED
OCT 21 2014
U.S.D.C.
WP

RECEIVED
OCT 22 2014
PRO SE OFFICE

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  Karen Tyndale
          Street Address  12 Darling Avenue, Apt. 2
          County, City  Westchester, Mount Vernon
          State & Zip Code  New York 10553
          Telephone Number  917-728-7233

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name **Fortress Investment Group LLC**
Street Address **1345 Avenue of the Americas, 46th Floor**
County, City **New York, New York**
State & Zip Code **New York 10105**
Telephone Number **212-798-6100**

Defendant No. 2   Name **Doreen Hirz-Fernandez, Gabriel Fernandez, Veronica Haynes**
Street Address **300 Hayward Avenue, Apt. 3U**
County, City **Westchester, Mount Vernon**
State & Zip Code **New York 10552**
Telephone Number

Defendant No. 3   Name **Sophia Blaine and Deborah Blaine**
Street Address **122 South First Avenue**
County, City **Westchester, Mount Vernon**
State & Zip Code **New York 10550**
Telephone Number

Defendant No. 4   Name **Debra Montero**
Street Address **300 Hayward Avenue, Apt. 5U**
County, City **Westchester, Mount Vernon**
State & Zip Code **New York 10552**
Telephone Number **See attached sheet**

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions      ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **U.S. Constitution, 14th Amendment, 1st Amendment, Surveillance, Business tort, Title VII Civil Rights Act of 1964, Wiretapping, Extortion with respect to drug trafficking, money laundering and Securities fraud, La Cosa Nostra — death by voltage and amperes — Jam or Jan — Mafia Mach**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

Rev. 05/2010

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Fortress Investment Group LLC and Colonial Village, 300 Hayward Avenue, Morgan Building, Apts #34, 4LL and 5LL, Mount Vernon, NY 10552

B. What date and approximate time did the events giving rise to your claim(s) occur? July 17, 2007 attempted murder, night before Dawn. Everyday since July 07, 2007 to the present - a federal infiltration related to money laundering involving Fortress.

C. Facts: Fortress Investment Group LLC secretly and on a confidential basis contacted the Federal Bureau of Investigation regarding my U.S. status as a person not being in the United States and information received from Sophia Blaine that I was trafficking drugs to the U.S. from Kingston, Jamaica through the Shower posse and Colombians. Sophia Blaine was my landlord from November 2004 through July 2006. She reported to senior persons at Fortress Investment Group LLC that I gave her confidential documents pertaining to private equity entities and sensitive information involving securities, insider trading and money laundering. Sophia Blaine told John Doe who passed on the following information to Kendal Nardone, co-founder of Fortress that I gave her Fortress confidential documents and that I was involved in money laundering activities with Shower posse drug dealers.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was asked to undress on July 17, 2007 sometime before Dawn in my apartment at the time in my bedroom. I was living at 300 Hayward Avenue, Apt. 4LL, Mount Vernon, NY 10552. I was asked to walk to my bathroom and get in the tub naked and sit down. A stinking and very foul smell came up through the drain of the tub and some type of substance that turned my skin from it's natural color to the black and a voice asking me to "talk in my heart!" A few minutes of questions and answers led to the person asking me to answer yes or no to his question "Should I murder you?"

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the Court to ask the U.S. Attorney's office and the FBI to investigate Fortress Investment Group LLC and it's involvement with money laundering schemes and infiltration with respect to its offshore problems in the Cayman Islands and Bermuda. I would like to have the U.S Immigration & Naturalization office located at 26 Federal Plaza, New York, NY disclose what information and documents it may have provided to Fortress Investment Group LLC, Joseph Cacci Skadden, Arps, Slate, Meagher & Flom LLP and the U.S. Embassy in Kingston, Jamaica. I want the Affirmative Action anti-Black problem at Fortress investigated. I want Fortress to be punished for involving me in drug trafficking problems that were brought to the firm by white employees and the attempt on my life. I am seeking punitive and compensatory damages, the maximum allowed under the law. I am also seeking damages under the UCC business tort statutes.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 day of October, 2014.

Signature of Plaintiff: [signature]

Mailing Address: 12 Darling Avenue, Apt. 2
Mount Vernon, NY 10553

Telephone Number: 917-728-7233

Fax Number (if you have one): _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

Rev. 05/2010

I. **Parties in this Complaint:**

B. List all Defendants.

| | |
|---|---|
| Defendant No. 5 | Name  Samson Management LLC<br>Street Address  97-77 Queens Boulevard, Suite 710<br>County, City  Queens, Rego Park<br>State & Zip Code  New York 11374<br>Telephone Number  (718) 830-0131 |
| Defendant No. 6 | Name  Constantine Dakolias, Managing Director, Fortress Investment Group LLC<br>Street Address  1345 Avenue of the Americas, 46th Floor<br>County, City  New York, New York<br>State & Zip Code  New York 10105<br>Telephone Number  (212) 798-6100 |
| Defendant No. 7 | Name  Marc Furstein, Managing Director, Fortress Investment Group LLC<br>Street Address  1345 Avenue of the Americas, 46th Floor<br>County, City  New York, New York<br>State & Zip Code  New York 10105<br>Telephone Number  (212) 798-6100 |
| Defendant No. 8 | Name  Randal Nardone, Principal and CEO, Fortress Investment Group LLC<br>Street Address  1345 Avenue of the Americas, 46th Floor<br>County, City  New York, New York<br>State & Zip Code  New York 10105<br>Telephone Number  (212) 798-6100 |
| Defendant No. 9 | Name  Peter L. Briger, Jr., Principal and Co-Chairman, Fortress Investment Group LLC<br>Street Address  1345 Avenue of the Americas, 46th Floor<br>County, City  New York, New York<br>State & Zip Code  New York 10105<br>Telephone Number  (212) 798-6100 |
| Defendant No. 10 | Name  Wesley Edens, Founder, Co-Chairman and Principal, Fortress Investment Group LLC<br>Street Address  1345 Avenue of the Americas, 46th Floor<br>County, City  New York, New York<br>State & Zip Code  New York 10105<br>Telephone Number  (212) 798-6100 |

Defendant No. 11    Name  Michael Novogratz, Principal and President, Fortress Investment Group LLC
                    Street Address  1345 Avenue of the Americas, 46th Floor
                    County, City  New York, New York
                    State & Zip Code  New York 10105
                    Telephone Number  (212) 798-6100

Defendant No. 12    Name  Joseph Coco, Esq.
                    Street Address  4 Times Square
                    County, City  New York, New York
                    State & Zip Code  New York 10036-6522
                    Telephone Number  (212) 735-3000 or (212) 735-3050

Defendant No. 13    Name  John Doe (FBI infiltration unit, Virginia, New York or Washington, D.C.
                    Street Address  Unknown
                    County, City  New York, Westchester, Schnectady or out of state
                    State & Zip Code  New York or out of state
                    Telephone Number

Defendant No. 14    Name  Jane Doe (FBI infiltration unit, Virginia, New York, or Washington, D.C.)
                    Street Address  Unknown
                    County, City  New York, Westchester or U.S. Government
                    State & Zip Code  Washington, D.C. or New York – U.S. Government
                    Telephone Number

Defendant No. 15    Name  Aimee Quick, Human Resources, Fortress Investment group LLC
                    Street Address  1345 Avenue of the Americas, 23rd Floor
                    County, City  New York, New York
                    State & Zip Code  New York 10105
                    Telephone Number  (212) 798-6100

Defendant No. 16    Name  Michele Cohen, Managing Director, Human Resources, Fortress Investment Group LLC
                    Street Address  1345 Avenue of the Americas, 23rd Floor
                    County, City  New York, New York
                    State & Zip Code  New York 10105
                    Telephone Number  (212) 798-6100

Defendant No. 17	Name  John Doe, La Cosa Nostra – Death by Infiltration and Voltage
	Street Address  Unknown
	County, City  Unknown
	State & Zip Code  Unknown
	Telephone Number  Unknown